| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Urban Chestnut Brewing Company Inc** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MISSOURI** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Berlin Packaging<br>525 West Monroe St<br>14th Floor<br>Chicago, IL 60661 | | trade debt | | | | $18,889.11 |
| BevPak<br>2283 Whitby Road<br>Chesterfield, MO 63017 | | trade debt | | | | $62,757.77 |
| Briess Malting Company<br>P.O. Box 88679<br>Milwaukee, WI 53288 | | trade debt | | | | $20,160.00 |
| David Luetkemeyer<br>1550 S Kingshighway<br>Saint Louis, MO 63110 | | promissory note | | | | $100,000.00 |
| James W Byrne<br>3 Highland Place<br>Saint Louis, MO 63122 | | promissory note | | | | $25,000.00 |
| Joseph B Basralian & Daniele V Basralian<br>24 Fairfax Terrace<br>Chatham, NJ 07928 | | promissory note | | | | $200,000.00 |
| Keith J Starr & Jennifer B Starr<br>1715 Sulgrave Road<br>Louisville, KY 40205 | | promissory note | | | | $25,000.00 |
| Kelley-Acree Chameleon<br>3207 Washington Ave<br>Saint Louis, MO 63103 | | Rent for Biergarten | | | | $28,041.42 |

Debtor **Urban Chestnut Brewing Company Inc**  
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kurt Bishop Klebe & Brooke Cheley Klebe** 2161 S Columbine St., Denver, CO 80210 | | promissory note | | | | $100,000.00 |
| **L. Shine Investments** 388 Terracina Way, Naples, FL 34119 | | Promissory Note | | | | $275,000.00 |
| **Landsberg** 25794 Network Place Chicago, IL 60673 | | packaging | | | | $31,035.29 |
| **Lester Nydegger** c/o Scott Moore Lewis Rice 600 Washington Ave, 25FL Saint Louis, MO 63101 | | Promissory Note | | | | $330,680.33 |
| **Midland States Bank** 9877 Manchester Road Saint Louis, MO 63119 | | Bank Loan -Lien on all assets | | $3,622,071.64 | $1,700,000.00 | $1,922,071.64 |
| **Quest Graphics** 2423 Northline Industrial Dr. Maryland Heights, MO 63043 | | packaging supplier | | | | $15,174.00 |
| **Rhon Malz** Sondheimer Str. 2 Mellrichstadt 97638 Germany | | malt supplier | | | | $16,040.14 |
| **Scott Lee Bingaman & Deann Michele Binga** | | promissory note | | | | $75,000.00 |
| **Small Business Administration Little Rock Commercial Loan Servicing** 2120 Riverfront Drive, Suite 100 Little Rock, AR 72202 | | EIDL Loan - Lien on inventory, equipment, instruments, accounts | | $2,164,383.60 | $0.00 | $2,164,383.60 |

Debtor **Urban Chestnut Brewing Company Inc**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **St. Louis Development Corporation**<br>**1520 Market Street**<br>**Suite 2000**<br>**Saint Louis, MO 63103** | | **promissory note** | | | | **$129,793.00** |
| **Steven D Moonblatt**<br>**815 S 7th St. Unit #6**<br>**Philadelphia, PA 19147** | | **promissory note** | | | | **$50,000.00** |
| **Winker Properties Vessel Architecture**<br>**600 Emerson Rd. #401**<br>**Saint Louis, MO 63141** | | **Rent for mid-town brewery** | | | | **$99,922.15** |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 3