# United States Bankruptcy Court
### Eastern District of Missouri

In re   **Urban Chestnut Brewing Company Inc**

Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of **8** page(s) and is true, correct and complete.

/s/ David M. Wolfe
**David M. Wolfe**/**President**
Signer/Title

Dated:   **September 6, 2024**

```
Always Green Recycling
11440 Dorsett Rd
Maryland Heights, MO 63043

American Canning LLC
8001 Industry Way
Austin, TX 78744

AmTrust North America
800 Superior Avenue East
21st Floor
Cleveland, OH 44144

Anders
800 Market Street
Suite 500
Saint Louis, MO 63101

ASCAP
21678 Network Place
Chicago, IL 60673

AssureHire
2206 Plaza Drive
Suite 100
Rocklin, CA 95765

Atlas Labels & Packaging
3107 Merriam Lane
Kansas City, KS 66106

Berlin Packaging
525 West Monroe St
14th Floor
Chicago, IL 60661

Bertarelli Paper Company
1927 Marconi Ave
Saint Louis, MO 63110

BevPak
2283 Whitby Road
Chesterfield, MO 63017

Boelter
PO BOX 734296
Chicago, IL 60673

Bono Burns Distributing, Inc.
3616 South Big Bend
Saint Louis, MO 63143

Boxes Inc.
111 Boulder Industrial Dr.
Bridgeton, MO 63044
```

Braukon

Breakthru Beverage
PO Box 959881
Saint Louis, MO 63195

Brenntag Mid-South
1405 HWY 136 W
Henderson, KY 42420

Briess Malting Company
P.O. Box 88679
Milwaukee, WI 53288

Buttonwood Farm
65092 Pilot Grove Rd.
California, MO 65018

Carrollton Bank
11710 Manchester Raod
Saint Louis, MO 63131

Cee Kay Supply
P.O. Box 840015
Kansas City, MO 64184

ChemAqua
23261 Network Place
Chicago, IL 60673

ChemStation
2817 Hereford Street
Saint Louis, MO 63139

Cintas First Aid and Safety Service
P.O. Box 88005
Chicago, IL 60680

Clean the Uniform Co
316 South 7th street
Saint Louis, MO 63104

Companion
2331 Schuetz Rd
Saint Louis, MO 63146

Creation Gardens
2055 Nelson Miller Parkway
Louisville, KY 40223

David Luetkemeyer
1550 S Kingshighway
Saint Louis, MO 63110

```
David Wolfe
4465 Manchester Ave.
Saint Louis, MO 63110

DTI, Inc.
1619 Headland Drive
Fenton, MO 63026

Eat Here STL
3966 Arsenal St.
Saint Louis, MO 63116

EMCO Refrigeration
10200 Page Industrial Blvd.
Saint Louis, MO 63132

Excel Bottling
488 S Broadway
Breese, IL 62230

Farmstead Foods
16182 Mount Zion Road
Benton, IL 62812

Ferguson Facilities Supply
PO Box 802817
Chicago, IL 60680

Florian Kuplent
4465 Manchester Ave.
Saint Louis, MO 63110

Florian Seitz
Nietenhausen 28
Wolnzach Bavaria 85283
DE

Ford Hotel Supply Co., Inc.
2204 North Broadway
Saint Louis, MO 63102

Fox River Dairy
3843 Garfield Avenue
Saint Louis, MO 63113

Freigeist
Diepenlinchener Str. 20 D-52224 Stolberg

G & W Meat
4828 PARKER AVENUE
Saint Louis, MO 63116

Gillian Kuplent
4465 Manchester Ave.
Saint Louis, MO 63110
```

```
Grand Center Inc
3526 WASHINGTON AVE # 2
Saint Louis, MO 63103

H&H Health Associates
3660 South Geyer Rd.
Suite 100
Saint Louis, MO 63127

Happy Apple Company
527 Commercial Drive
Union, MO 63084

Harris Technologies
1099 Milwaukee St.
Suite 200
Saint Louis, MO 63122

Heartland Industries, Inc.
9727 Green Park Industrial Dr.
Saint Louis, MO 63123

Hubbard Radio St. Louis
P.O. Box 959270
Saint Louis, MO 63195

ImperialDade
PO Box 27305
New York, NY 10087

Innovation Mechanical
1203 Old Smelter Rd.
Union, MO 63084

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James W Byrne
3 Highland Place
Saint Louis, MO 63122

Johnson Controls Security Solutions
PO Box 371967
Pittsburgh, PA 15250

Jonathan Shine
4465 Manchester Ave.
Saint Louis, MO 63110

Joseph B Basralian & Daniele V Basralian
24 Fairfax Terrace
Chatham, NJ 07928
```

```
Kaeser Compressor
511 Sigma Drive
P.O. Box 946
Fredericksburg, VA 22404

Keith J Starr & Jennifer B Starr
1715 Sulgrave Road
Louisville, KY 40205

Kelley-Acree Chameleon
3207 Washington Ave
Saint Louis, MO 63103

Kern Meat Co.
2225 Cherokee St.
Saint Louis, MO 63118

Kuna Food
704 Kuna Industrial Drive
Dupo, IL 62239

Kurt Bishop Klebe & Brooke Cheley Klebe
2161 S Columbine St.,
Denver, CO 80210

L. Shine Investments
388 Terracina Way,
Naples, FL 34119

Landsberg
25794 Network Place
Chicago, IL 60673

Lashly & Baer, P.C.
714 Locust Street
Saint Louis, MO 63101

Lester Nydegger
c/o  Scott Moore
Lewis Rice
600 Washington Ave, 25FL
Saint Louis, MO 63101

Lester Nydegger
6842 China Lake Dr
Saint Louis, MO 63129

Lincoln Financial Group
P.O. Box 7247-0477
Philadelphia, PA 19170

Macklind Business District
5405 Finkman St
Saint Louis, MO 63109
```

```
Metropolitan St. Louis Sewer District
PO Box 437
Saint Louis, MO 63166

Mid-America Packaging
4800 Miami Street
Saint Louis, MO 63116

Midland States Bank
9877 Manchester Road
Saint Louis, MO 63119

Missouri Beer Wholesalers Association
2305 Expressview Dr.
Jefferson City, MO 65101

Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
301 W. High Street
Jefferson City, MO 65105-4750

NMB Naheland Malz
Brueckes 71
Bad Kreuznach Rhineland-Palatinate 55545

OEC Group
555 Pierce Rd
Itasca, IL 60143

Ozark Forest
4112 West Pine Boulevard
Saint Louis, MO 63108

Premium Mechanical and Automation
3185 North High Street
Perryville, MO 63775

Pro Brew Supply
P.O. Box 737634
Dallas, TX 75373

Pro Engineering and Manufacturing
11175 W. Heather Avenue
Milwaukee, WI 53224

Quest Graphics
2423 Northline Industrial Dr.
Maryland Heights, MO 63043

Rhon Malz
Sondheimer Str. 2
Mellrichstadt 97638
Germany
```

```
Safe Guard
P.O. BOX 410649
Saint Louis, MO 63141

Sauce Magazine
PO Box 430033
Saint Louis, MO 63143

Scott Lee Bingaman & Deann Michele Binga


SidMac Engineering & MFG Inc.
602-30731 Simpson Road
Abbotsford British Columbia V2T 6Y7
Canada

Signcrafters
3131 Washington Ave
Saint Louis, MO 63103

Small Business Administration
Little Rock Commercial Loan Servicing
2120 Riverfront Drive, Suite 100
Little Rock, AR 72202

St Louis Health Dept
Food & Beverage Control Room 4051
P.O. Box 14702
Saint Louis, MO 63178

St Louis Post Dispatch
PO Box 4690
Carol Stream, IL 60197

St Louis Zoo
Government Drive
Saint Louis, MO 63110

St. Louis Development Corporation
1520 Market Street
Suite 2000
Saint Louis, MO 63103

Stealth Creative
1617 Locust Street
Saint Louis, MO 63103

Steven D Moonblatt
815 S 7th St. Unit #6
Philadelphia, PA 19147

STL Pest Control
500 Rudder Road
Fenton, MO 63026
```

Struggleville LLC
1434 Sullivan Avenue
Saint Louis, MO 63107

Sub Zero Logistics & Cold Storage
3820 Ultra Comp Drive
Earth City, MO 63045

SumnerOne
6717 Waldemar Ave
Saint Louis, MO 63139

Tocco Food Company
P.O. Box 1155
Arnold, MO 63010

Triad Products
1801 W B St
Hastings, NE 68901

Tyler Stallings
4465 Manchester Ave.
Saint Louis, MO 63110

US Foods, Inc.
8543 Page Ave.
Saint Louis, MO 63114

Wiese
PO Box 60106
Saint Louis, MO 63160

Wildpack Beverage
1301 Edison Hwy, Suite A-2
Baltimore, MD 21213

Winker Properties Vessel Architecture
600 Emerson Rd.
#401
Saint Louis, MO 63141