UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 24-43233 |
| | ) | Honorable Brian C. Walsh |
| Urban Chestnut Brewing Company, Inc. | ) | Chapter 11 |

### ENTRY OF APPEARANCE AND REQUEST FOR COPIES OF ALL PLEADINGS, NOTICES AND ORDERS

PLEASE TAKE NOTICE AND BE ADVISED that the undersigned attorneys hereby appear as counsel for Jerry L. Jensen, the Acting United States Trustee (the "U.S. Trustee") for Region 13. Pursuant to 11 U.S.C. §§ 342, 307 and 1109(b) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned respectfully request that all notices hereafter given or required to be given and all papers filed, served or requested to be served in this case, be given and be served upon:

**Joseph Schlotzhauer**
**Trial Attorney**
**Office of the U.S. Trustee**
**111 South 10th St., Ste. 6.353**
**St. Louis, MO  63102**
**(314) 539-2980**
joseph.schlotzhauer@usdoj.gov **(preferred form of communication)**

PLEASE BE ADVISED AND TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, and the Local Rules for the Eastern District of Missouri, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telefax, electronic mail or transmission or otherwise.

Respectfully Submitted,

JERRY L. JENSEN
ACTING UNITED STATES TRUSTEE

PAUL A. RANDOLPH
ASSISTANT UNITED STATES TRUSTEE


By: /s/ Joseph Schlotzhauer
Joseph Schlotzhauer
E.D. Mo #62138MO, MO #62138
United States Department of Justice
Office of the U.S. Trustee
111 South 10th Street, Suite 6.353
St. Louis, MO 63102
(314) 539-2980 (Phone)
(314) 539-2990 (Fax)
joseph.schlotzhauer@usdoj.gov


CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on September 10, 2024, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.


/s/ Kathy Lickenbrock
Kathy Lickenbrock, Paralegal Specialist