# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 24-43233-357 |
| URBAN CHESTNUT BREWING COMPANY INC., | Chapter 11 |
| Debtor. | |

## NOTICE TO PARTIES IN INTEREST

Debtor Urban Chestnut Brewing Company Inc. commenced this Chapter 11 case by filing a voluntary petition at 4:46 p.m. last Friday, September 6. A few minutes later, my law clerks and I left the courthouse to attend a happy hour in honor of one of the clerks, who completed his term that day. That departing clerk had decided a day or two earlier that we should celebrate at the Debtor's bierhall on Manchester Avenue.

None of us were aware at the time that the Debtor had sought bankruptcy relief, nor that it had announced its intention to do so earlier in the day.

We did not obtain any personal knowledge of disputed facts by visiting the Debtor's facility. No one in our party contracted any sort of illness or was injured in any way that might give rise to a claim against the Debtor's estate. Nor, in my view, did our visit to a place of public accommodation, without knowledge of the bankruptcy filing of its operator, create an appearance of impropriety. I have thus concluded that I am not disqualified from presiding in this case.

I am disclosing these circumstances on the record because of the possibility that a party in interest may disagree with my conclusion. I encourage any party that believes that I should recuse to file a motion promptly.

Dated: September 10, 2024  
St. Louis, Missouri  
cjs

_____  
Brian C. Walsh  
United States Bankruptcy Judge