IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No.: 24-43233-357 |
| ) | |
| **URBAN CHESTNUT BREWING** ) | Honorable Brian C. Walsh |
| **COMPANY, INC.** ) | |
| ) | Chapter 11 Proceeding |
| EIN - 27-1324055 ) | |
| Debtor. ) | Hearing Date: September 12, 2024 |
| ) | Hearing Time: 11:00 a.m. |
| ) | Location:  Courtroom 5 North |
| ) | |
| ) | Spencer P. Desai, Esq. |
| ) | Desai Law Firm LLC |
| ) | 13321 North Outer Forty Rd., Suite 300 |
| ) | St. Louis, Missouri 63017 |
| ) | (314) 666-9781 |
| ) | spd@desailawfirmllc.com |

## NOTICE OF HEARING

     WARNING: THESE MOTIONS SEEK ORDERS THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE ANY OF THE MOTIONS, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.

YOU MUST FILE AND SERVE YOUR RESPONSE BY 11:00 A.M. SEPTEMBER 12, 2024.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

     REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.

     **PLEASE TAKE NOTICE** that on September 10, 2024, Urban Chestnut Brewing Company, Inc. ("Debtor"), Debtor in the above-captioned Chapter 11 bankruptcy case, filed the following:

1. *Application of Debtor for Entry of an Order Authorizing The Desai Law Firm, LLC as Counsel for the Debtor;*

2. *Motion for the Entry of Order Authorizing the Debtor to Use Cash Collateral Pursuant to 11 U.S.C. §363(a);*

3. *Motion for Order Authorizing Payment of Pre-Petition Wages and Salaries in the Ordinary Course of Business;*

4. *Motion for Order Authorizing Payment of Pre-Petition Claims of Critical Vendors;*

5. *Motion for Order Authorizing Continued Use of Certain Existing Bank Accounts; and*

6. *Motion to Expedite Hearing*

**You may obtain copies of the Motions by contacting the undersigned counsel.**

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held to consider the Motions on **September 12, 2024 at 11:00 a.m.**, or as soon thereafter as the matter may be heard, in Courtroom 5 North of the Honorable Brian C. Walsh, located at Thomas F. Eagleton United States Courthouse, 111 South 10th Street, St. Louis, Missouri 63102..

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Motions carefully and discuss them with your attorney, if you have one in the chapter 11 case. (If you do not have an attorney, you may wish to consult one).**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the Motions, or if you want the Court to consider your views on the Motions, then you or your attorney must attend the Hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter orders granting the relief requested in the Motions.

Dated: September 10, 2024              Respectfully submitted,

                                                       THE DESAI LAW FIRM, LLC

                                                       By: */s/ Spencer P. Desai*
                                                           Spencer P. Desai, #39877
                                                           13321 North Outer Forty Road, Suite 300
                                                           St. Louis, MO 63017
                                                           Telephone: (314) 666-9781
                                                           Facsimile: (314) 448-4320
                                                           spd@desailawfirmllc.com

                                                           *PROPOSED ATTORNEYS FOR DEBTOR*

2