IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No.: 24-43233-357 |
| ) | Chapter 11 Proceeding |
| **URBAN CHESTNUT BREWING** ) | |
| **COMPANY INC.,** ) | Hearing Date: September 12, 2024 |
| ) | Hearing Time: 11:00 a.m. |
| **Debtor.** ) | |
| ) | |
| ) | Related to Doc. 15 |

**INTERIM ORDER AUTHORIZING PAYMENT OF**
**<u>PRE-PETITION CLAIMS OF CRITICAL VENDORS</u>**

This matter having come before the Court upon the Motion for Order Authorizing Payment of Pre-Petition Claims of Critical Vendors (the "Motion") filed by Debtor Urban Chestnut Brewing Company Inc. (the "Debtor"), the Court finds and concludes as follows:

1. The Court has jurisdiction over the Motion and issues raised therein pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (M).

2. The Debtor represents that appropriate notice of the hearing on the Motion was provided to creditors and parties in interest as required under Rule 4001(b)(3) of the Federal Rules of Bankruptcy Procedure.

3. On September 6, 2024, (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

4. Debtor's payment of pre-petition claims of certain critical vendors listed on the attached Exhibit A (the "Critical Vendors") will benefit the Debtor's anticipated going-concern sale of assets and preserve the enterprise value of the Debtor's business.

Upon the statements made and evidence presented on the record, and upon careful review of the record in this case, IT IS HEREBY ORDERED THAT:

A. The Motion (Doc. 15) is GRANTED on an interim basis.

B. The Debtor is granted authority, on an interim basis, to pay pre-petition amounts owed to Critical Vendors to the extent that such payments are necessary on a post-petition basis to ensure that a vendor continues to provide its necessary goods or services, up to an aggregate maximum amount of $60,000.00.

C. The Debtor will only make payments after determining that such payment is necessary to preserve the value of the Estate.

D. A further hearing on the Motion will be held on **September 27, 2024 at 10:00 a.m.**, in Courtroom 5 North in the United States Bankruptcy Court for the Eastern District of Missouri, 111 South 10th Street, St. Louis, Missouri 63102.

E. Any objections to the Motion shall be filed with the Court by **September 25, 2024** and served by e-mail upon Spencer P. Desai, Desai Law Firm, LLC at 13321 North Outer Forty Rd, Suite 300, St. Louis, MO 63105 (e-mail: spd@desailawfirmllc.com); David Going and Bruce LeMoine, Armstrong Teasdale LLP, 7700 Forsyth Blvd., Suite 1800, St. Louis, MO 63105 (email: dgoing@atllp.com and blemoine@atllp.com); Joshua A. Jones, 111 South 10th Street, Suite 20.333, St. Louis, MO 63102 (email: Joshua.M.Jones@usdoj.gov); Eric C. Peterson, Spencer Fane, 1 North Brentwood Blvd., Suite 1200, St. Louis, MO 63105 (email: epeterson@spencerfane.com); Joseph Schlotzhauer, Office of the US Trustee, 111 South 10th Street, Suite 6.353, St. Louis, MO 63102 (email: joseph.schlotzhauer@usdoj.gov); and any party who has requested notice.

F. No later than two (2) business days after the date of this order, the Debtor shall serve a copy of this order on all parties entitled to receive service in the above-referenced

bankruptcy case and shall file a certificate of service compliant with Local Rule of Bankruptcy Procedure 9004(D) no later than twenty-four (24) hours after service.

Dated: September 16, 2024  
St. Louis, Missouri  
cjs

                                      Brian C. Walsh  
                                      United States Bankruptcy Judge

Order Prepared by:

Spencer P. Desai, Esq.  
Desai Law Firm LLC.  
13321 North Outer Forty Rd, Suite 300  
St. Louis, Missouri 63017  
(314) 666-9781  
ATTORNEYS FOR DEBTOR

# EXHIBIT A

**Urban Chestnut Brewing Company, Inc.**
**Critical Vendors**
**9-Sep-24**

| Vendor | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total | Critical Current | Critcal Past Due | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Berlin Packaging | 22,938.85 | -4,049.74 | | | | 18,889.11 | $ 18,889.11 | | Custom Bottles |
| BevPak | 14,699.54 | 19,763.53 | | | | 34,463.07 | $ 14,699.54 | $ 19,763.53 | Custom Cans |
| Bono Burns Distributing | 6,710.58 | 9,421.09 | | | -65.92 | 16,065.75 | $ 6,710.58 | $ 9,355.17 | Malt |
| Boxes Inc. | 10,800.00 | | | | | 10,800.00 | $ 10,800.00 | $    - | Custom Boxes |
| Briess Malt | 43,781.20 | | | | | 43,781.20 | $ 43,781.20 | $    - | Malt Contract |
| Cee Kay Supply | 5,823.55 | 1,745.43 | | | 2,543.00 | 10,111.98 | $ 5,823.55 | $ 4,288.43 | CO2 and other gases |
| ChemStation | 3,729.50 | 1,545.50 | | | | 5,275.00 | $ 3,729.50 | $ 1,545.50 | Boiler Chemicals |
| Florian Seitz | | | | 11,342.94 | | 11,342.94 | $    - | $ 11,342.94 | Hops |
| Happy Apple Company | | | | 5,000.00 | | 5,000.00 | | | Apple Juice for Cider |
| Harris Technologies | | 8,954.62 | | | | 8,954.62 | $    - | $ 8,954.62 | Custom Labels |
| Heartland Industries | 4,418.45 | | | | | 4,418.45 | $ 4,418.45 | $    - | Packaging Fulfillment |
| Innovation Mechanical | | | | | 3,630.00 | 3,630.00 | $    - | $ 3,630.00 | Mechanical Contractor |
| Kaeser Compressor | | 3,206.15 | | | | 3,206.15 | $    - | $ 3,206.15 | Custom Air Compressor Service & Parts |
| Landsberg | 6,908.66 | 15,490.82 | | | | 22,399.48 | $ 6,908.66 | $ 15,490.82 | Custom Lids |
| Pro Engineering and Manufacturing | 2,806.77 | | | | | 2,806.77 | $ 2,806.77 | $    - | Custom Seals |
| Quest Graphics | 10,074.00 | | | | | 10,074.00 | $ 10,074.00 | $    - | Custom Packaging |
| S.S. Steiner, Inc. | | | | | | 0.00 | $    - | $    - | Hops |
| Freigeist | | | | | 2,468.75 | 2,468.75 | | | 1 or 2 depends on philosophy |
| St Louis Health Dept | 275.00 | | | | | 275.00 | $ 275.00 | $    - | Health Permit |
| Stealth Creative | 1,900.00 | 475.00 | | | | 2,375.00 | $ 1,900.00 | $ 475.00 | Custom Creative |
| | | | | | | | $ 130,816.36 | $ 78,052.16 | |