UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 24-43233-357 |
| | ) | Chapter 11 |
| **URBAN CHESTNUT BREWING** | ) | |
| **COMPANY INC.,** | ) | Hearing Date: September 27, 2024 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |
| Debtor. | ) | Related to Doc. 15 |

### SECOND INTERIM ORDER AUTHORIZING PAYMENT OF
### PRE-PETITION CLAIMS OF CRITICAL VENDORS

This matter having come before the Court upon the Motion for Order Authorizing Payment of Pre-Petition Claims of Critical (the "**Motion**") filed by Debtor Urban Chestnut Brewing Company Inc. (the "**Debtor**"), and the Interim Order Authorizing Payment of Pre-Petition Claims of Critical Vendors, the Court finds and concludes as follows:

1. The Court has jurisdiction over the Motion and issues raised therein pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (M).

2. The Debtor represents that appropriate notice of the hearing on the Motion was provided to creditors and parties in interest as required under Rule 4001(b)(3) of the Federal Rules of Bankruptcy Procedure.

3. On September 6, 2024, (the "**Petition Date**"), Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. § 101 et seq.).

4. Debtor is a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. An Official Committee of Unsecured Creditors (the "**Committee**") has been appointed in this case.

5. The Committee has filed an objection to the Motion. The Debtor and Committee announced a resolution of the objection as set forth in this Order.

6. Debtor's continued payment of pre-petition claims of certain critical vendors listed on the attached Exhibit A ("Critical Vendors") will benefit the Debtor's anticipated going concern sale of assets and preserve the enterprise value of the Debtor's business.

Upon the statements made on the record, and upon careful review of the record in this case, IT IS HEREBY ORDERED THAT:

A. The Motion (Doc. 15) is **GRANTED** on an interim basis.

B. The Debtor is granted authority, on an interim basis, to pay pre-petition amounts owed to Critical Vendors to the extent that such payments are necessary on a post-petition basis to ensure that the vendor continues to provide its necessary goods or services, up to an aggregate maximum amount, from the Petition Date, of $127,500.00.

C. The Debtor will only make payments after determining that such payment is necessary to preserve the value of the Estate.

D. The Debtor shall notify counsel for the Committee twenty-four (24) hours prior to payment of pre-petition amounts to Critical Vendors pursuant to the terms of this Order. If the Committee objects to the payment proposed by Debtor and the parties are unable to resolve the objection, they shall contact the Court to set the dispute for an expedited hearing.

E. Further hearing on the Motion will be held on **October 10, 2024** at **10:00 a.m.**, in Courtroom **5 North** in the United States Bankruptcy Court for the Eastern District of Missouri, 111 South 10th Street, St. Louis, Missouri 63102.

F. Any additional objections to the Motion shall be filed with the Court and served by e-mail upon Spencer P. Desai, Desai Law Firm, LLC at 13321 North Outer Forty Rd, Suite 300, St. Louis, MO 63105 (e-mail: spd@desailawfirmllc.com); David Going and Bruce LeMoine, Armstrong Teasdale LLP, 7700 Forsyth Blvd., Suite 1800, St. Louis, MO 63105 (email:

dgoing@atllp.com and blemoine@atllp.com); Joshua A. Jones, 111 South 10th Street, Suite 20.333, St. Louis, MO 63102 (email: Joshua.M.Jones@usdoj.gov); Eric C. Peterson, Spencer Fane, 1 North Brentwood Blvd., Suite 1200, St. Louis, MO 63105 (email: epeterson@spencerfane.com); John J. Hall, Lewis Rice LLC, 600 Washington Ave., Suite 2500, St. Louis, MO 63101 (email: jhall@lewisrice.com); Joseph Schlotzhauer, Office of the US Trustee, 111 South 10th Street, Suite 6.353, St. Louis, MO 63102 (email: joseph.schlotzhauer@usdoj.gov); and any party who has requested notice.

G. No later than two (2) business days after the date of this order, the Debtor shall serve a copy of this order on all parties entitled to receive service in the above-referenced bankruptcy case and shall file a certificate of service compliant with Local Rule 9004(D) no later than twenty-four (24) hours after service.

Dated: September 30, 2024  
St. Louis, Missouri  
cjs

_____  
Brian C. Walsh  
United States Bankruptcy Judge

Order Prepared by:

**Spencer P. Desai, Esq.**  
Desai Law Firm LLC.  
13321 North Outer Forty Rd, Suite 300  
St. Louis, Missouri 63017  
(314) 666-9781  
ATTORNEYS FOR DEBTOR

# EXHIBIT A

## Urban Chestnut Brewing Company, Inc.
## A/P Aging Summary
### As of September 25, 2024
**Approved Critical Vendors**

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total | Current | Past Due | Vendor ServicesNotes | Critical V 9-Sep | Critical V 13-Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Berlin Packaging** | | 22,938.85 | | -4,049.74 | | 18,889.11 | 18,889.11 | | Custom Bottles | | |
| **BevPak** | 6,130.63 | 42,994.24 | 7,120.25 | | | 56,245.12 | 6,130.63 | 50,114.49 | Custom Cans | | 4604.98 |
| **Bono Burns Distributing** | 353.49 | 5,541.04 | | | -65.92 | 5,828.61 | 353.49 | 5,475.12 | Malt | | |
| **Boxes Inc.** | 2,453.40 | 7,800.00 | | | | 10,253.40 | 2,453.40 | 7,800.00 | Custom Boxes | | |
| **Briess Malt** | | 20,160.00 | | | | 20,160.00 | 0.00 | 20,160.00 | Malt Contract | | |
| **Cee Kay Supply** | 4,675.97 | 1,264.96 | | | 2,543.00 | 8,483.93 | 4,675.97 | 3,807.96 | CO2 and other gases | | 1699.1 |
| **ChemStation** | | 1,418.60 | | | | 1,418.60 | 0.00 | 1,418.60 | Boiler Chemicals | | 1545.4 |
| **Florian Seitz** | | | | | 11,342.94 | 11,342.94 | 0.00 | 11,342.94 | Hops | | |
| **Happy Apple Company** | | | | | | 0.00 | | | Apple Juice for Cider | | |
| **Harris Technologies** | 4,763.82 | | | | | 4,763.82 | 4,763.82 | 0.00 | Custom Labels | | |
| **Heartland Industries** | 3,591.00 | | | | | 3,591.00 | 3,591.00 | 0.00 | Packaging Fulfillment | | |
| **Innovation Mechanical** | 1,790.00 | | | | 3,630.00 | 5,420.00 | 1,790.00 | 3,630.00 | Mechanical Contractor | | |
| **Kaeser Compressor** | | | 3,206.15 | | | 3,206.15 | 0.00 | 3,206.15 | Custom Air Compressor Service & Parts | | |
| **Landsberg** | 15,247.66 | 14,653.73 | 10,135.60 | | | 40,036.99 | 15,247.66 | 24,789.33 | Custom Lids | | |
| **Pro Engineering and Manufacturing** | | 2,806.77 | | | | 2,806.77 | 0.00 | 2,806.77 | Custom Seals | | |
| **Quest Graphics** | 10,074.00 | | | | | 10,074.00 | 10,074.00 | 0.00 | Custom Packaging | 2600 | |
| **S.S. Steiner, Inc.** | 6,057.65 | 0.00 | | | | 6,057.65 | 6,057.65 | 0.00 | Hops | | |
| **Freigeist** | | | 4,503.48 | | 2,468.75 | 6,972.23 | | | 1 or 2 depends on philosophy | | |
| **St Louis Health Dept** | 275.00 | | | | | 275.00 | 275.00 | 0.00 | Health Permit | | |
| **Stealth Creative** | 1,140.00 | | | | | 1,140.00 | 1,140.00 | 0.00 | Custom Creative | | 380 |
| **TOTAL** | | | | | | | $ 75,441.73 | $ 134,551.36 | | 2600 | 8229.48 |

**endor Payments from 9/6 - 9/25**

| 18-Sep | 20-Sep | Week of 9/23 | Current Total CV | Plan to pay Week | Would like to | Would like to pay | Next 14-day Total | Paid prior to 9/6 | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | 0 | | | | 0 | | Due toCV $$ limit had to purchase $18,889.11 COD |
| 8038.3 | | | 12643.28 | 7120.25 | 7579.28 | 7120.26 | 14699.54 | | |
| 6725.88 | | | 6725.88 | | | | 0 | | |
| 3000 | | | 3000 | | 2453.4 | 3900 | 6353.4 | | |
| | | | 0 | | | | 0 | 23621.2 | Due to CV $$ limit had to purchase $22,942.20 COD |
| | 2161.51 | | 3860.61 | 1264.96 | 1679.02 | 1111.56 | 2790.58 | | |
| | | 6394.5 | 7939.9 | | 1418.6 | | 1418.6 | | to COD and had to |
| | | | 0 | | | | 0 | | |
| | | 5000 | 5000 | | | | 0 | | |
| 8954.62 | | | 8954.62 | | 4763.82 | | 4763.82 | | |
| | | 3719.25 | 3719.25 | | 3591 | | 3591 | 699.2 | |
| | | | 0 | | 3630 | | 3630 | | |
| | | | 0 | | | 3206.15 | 3206.15 | | |
| | | | 0 | | 6908.66 | 10141.6 | 17050.26 | | |
| | | | 0 | | | 2806.77 | 2806.77 | | |
| | | | 2600 | | 3358 | | 3358 | | |
| | | | 0 | | | | 0 | | |
| | | | 0 | | 2468.75 | | 2468.75 | | |
| | | 275 | 275 | | | | 0 | | |
| | | 470 | 850 | **Total** | | 1140 | 1140 | | |
| 26718.8 | 2906.51 | 15113.75 | **55568.54** | **63953.75** | 37850.53 | 29426.34 | **67276.87** | 24320.4 | |