IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No.: 24-43233-357 |
| URBAN CHESTNUT BREWING COMPANY, INC. | Honorable Brian C. Walsh |
| | Chapter 11 Proceeding |
| EIN - 27-1324055 | |
| Debtor. | Hearing Date: October 10, 2024 |
| | Hearing Time: 10:00 a.m. |
| | Location: Courtroom 5 North |
| | |
| | Spencer P. Desai, Esq. |
| | Desai Law Firm LLC |
| | 13321 North Outer Forty Rd., Suite 300 |
| | St. Louis, Missouri 63017 |
| | (314) 666-9781 |
| | spd@desailawfirmllc.com |

**NOTICE OF HEARING**

**WARNING: THESE MOTIONS SEEK ORDERS THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE ANY OF THE MOTIONS, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.**

**YOU MUST FILE AND SERVE YOUR RESPONSE BY 10:00 A.M. OCTOBER 10, 2024. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

**PLEASE TAKE NOTICE** that on October 6, 2024, Urban Chestnut Brewing Company, Inc. ("Debtor"), Debtor in the above-captioned Chapter 11 bankruptcy case, filed the following:

1. *Motion To Expedite Hearing on (1) Motion For Order (I) Authorizing Secured Postpetition Financing, (II) Granting Liens, Security Interests And Superpriority Status, (III) Authorizing Use Of Cash Collateral, (IV) Granting Adequate Protection, And (V) Scheduling A Final Hearing Pursuant To Bankruptcy Rule 4001(C);*

2. *Motion For Entry Of Orders: (I) Approving (A) Bidding Procedures, (B) Designation Of Stalking Horse Bidder And Stalking Horse Bid Protections, (C) Scheduling Auction And Sale Hearing, (D) Form And Manner Of Notice Of Sale, Auction, And Sale Hearing; And (E) Assumption And Assignment Procedures And Form Notice Thereof; And (II) Authorizing (A) Sale Of Assets Free And Clear Of All Liens, Interests, Claims, And Encumbrances; (B) Assumption And Assignment Of Executory Contracts And Unexpired Leases And (Iii) Granting Related Relief;*

3. *Motion for Order Pursuant to 11 U.S.C. §§105(a) and 366(c) Deeming Ameren Missouri Adequately Assured of Future Performance; and*

4. *Motion to Expedite Hearing*

**You may obtain copies of the Motions by contacting the undersigned counsel.**

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held to consider the Motions on **October 10, 2024 at 10:00 a.m.**, or as soon thereafter as the matter may be heard, in Courtroom 5 North of the Honorable Brian C. Walsh, located at Thomas F. Eagleton United States Courthouse, 111 South 10th Street, St. Louis, Missouri 63102..

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Motions carefully and discuss them with your attorney, if you have one in the chapter 11 case. (If you do not have an attorney, you may wish to consult one).**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the Motions, or if you want the Court to consider your views on the Motions, then you or your attorney must attend the Hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter orders granting the relief requested in the Motions.

Dated: October 6, 2024                Respectfully submitted,

                                      THE DESAI LAW FIRM, LLC

                                      By:  */s/ Spencer P. Desai*
                                           Spencer P. Desai, #39877
                                           13321 North Outer Forty Road, Suite 300
                                           St. Louis, MO 63017
                                           Telephone: (314) 666-9781
                                           Facsimile: (314) 448-4320
                                           spd@desailawfirmllc.com

                                           *COUNSEL FOR DEBTOR*

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies on the 6th day of October, 2024, that a true and correct copy of the above and foregoing pleading was served by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri which will send notification of such filing to the registered parties in interest and by priority mail, postage pre-paid, to the following:

| | |
|---|---|
| Office of the United States Trustee<br>111South 10th Street, Room 6.353<br>St. Louis, Missouri 63102 | Joshua M. Jones<br>U.S. Attorney's Office<br>111 S. 10th Street, Suite 20.333<br>St. Louis, Missouri 63102 |
| Bruce D. LeMoine<br>Armstrong Teasdale<br>7700 Forsyth Boulevard<br>Suite 1800<br>St. Louis, Missouri 63105-1847 | Eric Peterson<br>Spencer Fane<br>1 North Brentwood Ave.<br>Clayton, MO 63105 |
| Nathan S. Puckett<br>Assistant City Counselor<br>1200 Market Street<br>City Hall, Room 314<br>St. Louis, MO 63103 | James W Byrne<br>3 Highland Place<br>Saint Louis, MO 63122 |
| Joseph B Basralian<br>& Daniele V Basralian<br>24 Fairfax Terrace<br>Chatham, NJ 07928 | Lester Nydegger<br>c/o Scott Moore<br>Lewis Rice<br>600 Washington Ave, 25FL<br>Saint Louis, MO 63101 |
| Robert E. Eggmann, Esq.<br>Thomas H. Riske, Esq.<br>Carmody MacDonald P.C.<br>120 South Central Avenue, Ste. 1800<br>St. Louis, Missouri 63105 | J. Talbot Sant, Jr.<br>640 Cepi Dr. Suite A<br>Chesterfield, MO 63005 |
| John J. Hall<br>Lewis Rice LLC<br>600 Washington Avenue, Suite 2500<br>St. Louis, Missouri 63101 | |

                                                    /s/ *Spencer P. Desai*