**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No.: 24-43233-357** |
| | ) | **Honorable Brian C. Walsh** |
| **URBAN CHESTNUT BREWING** | ) | **Chapter 11 Proceeding** |
| **COMPANY, INC.** | ) | |
| | ) | **Spencer P. Desai, Esq.** |
| **EIN - 27-1324055** | ) | **Desai Law Firm LLC** |
| **Debtor.** | ) | **13321 North Outer Forty Rd., Suite 300** |
| | ) | **St. Louis, Missouri 63017** |
| | ) | **(314) 666-9781** |
| | ) | **spd@desailawfirmllc.com** |
| | ) | |
| | ) | |
| | ) | |

**MEMORANDUM OF FILING AMENDED SCHEDULES**

COME NOW Debtor Urban Chestnut Brewing Company, Inc., by and through undersigned counsel, and files its Amended Schedule A/B and Statement of Financial Affairs as follows:

1.  Schedule A/B:

    Line 19       Added value for raw materials - $290,727.47

    Line 20       Added value for products in production - $59,192.85

    Line 21       Added value for inventory - $101,646.21

    Schedule D:  Hawthorn Bank collateral added

2.  Statement of Financial Affairs:

    Question 25:  Corrected Name of Entity

    Question 28:  Added percentage ownership

1

Dated: October 8, 2024                    Respectfully submitted,

THE DESAI LAW FIRM, LLC

By:  */s/ Spencer P. Desai*
                                        Spencer P. Desai, #6210319
                                        13321 North Outer Forty Road, Suite 300
                                        St. Louis, MO 63017
                                        Telephone: (314) 666-9781
                                        Facsimile: (314) 448-4320
                                        spd@desailawfirmllc.com

                                        *COUNSEL FOR DEBTOR*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 8th day of October, 2024, that a true and correct copy of the above and foregoing pleading was served by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri which will send notification of such filing to the registered parties in interest and by first class mail, postage pre-paid, to the following:

| | |
|---|---|
| Office of the United States Trustee<br>111South 10th Street, Room 6.353<br>St. Louis, Missouri 63102 | Joshua M. Jones<br>U.S. Attorney's Office<br>111 S. 10th Street, Suite 20.333<br>St. Louis, Missouri 63102 |
| Bruce D. LeMoine<br>Armstrong Teasdale<br>7700 Forsyth Boulevard<br>Suite 1800<br>St. Louis, Missouri 63105-1847 | Eric Peterson<br>Spencer Fane<br>1 North Brentwood Ave.<br>Clayton, MO 63105 |
| Nathan S. Puckett<br>Assistant City Counselor – City of St. Louis<br>1200 Market Street<br>City Hall, Room 314<br>St. Louis, MO 63103 | James W Byrne<br>3 Highland Place<br>Saint Louis, MO 63122 |

2

| | |
|---|---|
| Joseph B Basralian<br>& Daniele V Basralian<br>24 Fairfax Terrace<br>Chatham, NJ 07928 | Lester Nydegger<br>c/o Scott Moore<br>Lewis Rice<br>600 Washington Ave, 25FL<br>Saint Louis, MO 63101 |
| Robert E. Eggmann, Esq.<br>Thomas H. Riske, Esq.<br>Carmody MacDonald P.C.<br>120 South Central Avenue, Ste. 1800<br>St. Louis, Missouri 63105 | J. Talbot Sant, Jr.<br>640 Cepi Dr. Suite A<br>Chesterfield, MO 63005 |
| John J. Hall<br>Lewis Rice LLC<br>600 Washington Avenue, Suite 2500<br>St. Louis, Missouri 63101 | |

/s/ *Spencer P. Desai*

**Fill in this information to identify the case:**

Debtor name   **Urban Chestnut Brewing Company Inc**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known)   **24-43233-357**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■ Amended *Schedule*   **A/B and Statement of Fnancial Affairs**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  8, 2024**          *X* **/s/ David M. Wolfe**
                                                         Signature of individual signing on behalf of debtor

                                                         **David M. Wolfe**
                                                         Printed name

                                                         **President**
                                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Urban Chestnut Brewing Company Inc**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF MISSOURI

Case number (if known)  **24-43233-357**

■ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.  **Cash on hand** | **$3,500.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Midland States Bank - General Operating Account** | **checking** | **0799** | **$35,933.00** |
| 3.2. | **Simmons Bank** | **checking** | **4403** | **$8,984.00** |
| 3.3. | **U.S. Bank** | **checking** | **3625** | **$50.00** |

4. **Other cash equivalents** *(Identify all)*

| 5. | **Total of Part 1.** | **$48,467.00** |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Debtor    **Urban Chestnut Brewing Company Inc**                    Case number *(If known)*  **24-43233-357**
_____Name_____

Description, including name of holder of deposit

    7.1.  **Ameren**                                                                  **$26,578.00**

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                               **$26,578.00**

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:       **375,000.00**   -          **0.00**  = ....            **$375,000.00**
               face amount            doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                             **$375,000.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity:                          % of ownership | | |
| 15.1. **Interest in Urban Chestnut Hallertauer Brauerei**          **50** % | | **Unknown** |

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.   **Total of Part 4.**                                                            **$0.00**

Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| Debtor | **Urban Chestnut Brewing Company Inc** | | Case number (If known) **24-43233-357** |
|---|---|---|---|
| | Name | | |

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**Ingredients and packaging materials** | | **$0.00** | | **$290,727.47** |
| 20. | **Work in progress**<br>**Products in production** | | **$0.00** | | **$59,192.85** |
| 21. | **Finished goods, including goods held for resale**<br>**Inventory** | | **$0.00** | | **$101,646.21** |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | **$451,566.53** |
|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office furniture, desks, chairs, tables, etc.** | **$0.00** | | **$2,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**computers, POS systems, network server** | **$0.00** | | **$6,000.00** |

Debtor   **Urban Chestnut Brewing Company Inc**                                Case number *(If known)*  **24-43233-357**
_____ Name _____

---

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                                      **$8,000.00**
Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2012 Ford Econoline E-250** | $0.00 | | $20,000.00 |
| 47.2.   **2014 Ram Cargo Van** | $0.00 | | $25,000.00 |
| 47.3.   **1976  Draft Trailer** | $0.00 | | $5,000.00 |
| 47.4.   **2019 Volkswagen Jetta GLI** | $0.00 | | $13,500.00 |
| 47.5.   **2018 Jeep Wrangler** | $0.00 | | $17,000.00 |
| 47.6.   **2018 Ram Van 2500 High Roof Van** | $0.00 | | $9,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| | | | |
|---|---|---|---|
| **Brewing/Kitchen  Equipment - see attached list** | $8,736,393.00 | Liquidation | $1,100,000.00 |

51.   **Total of Part 8.**                                                                                      **$1,189,500.00**
Add lines 47 through 50.  Copy the total to line 87.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 4

Debtor   **Urban Chestnut Brewing Company Inc**                    Case number *(If known)*  **24-43233-357**
_____
    Name

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 9:     Real property

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:     Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** trademarks - see attached list | **$0.00** | | **$0.00** |
| 61. **Internet domain names and websites** website and domain name | **$0.00** | | **Unknown** |

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                                                                    **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 11:     All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    **Urban Chestnut Brewing Company Inc**                     Case number *(If known)*  **24-43233-357**
          Name

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Furniture and Equipment for restaurant operations** | **$25,000.00** |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$25,000.00** |
|---|---|---|

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor   **Urban Chestnut Brewing Company Inc**                    Case number *(If known)*   **24-43233-357**
         Name

---

Part 12:      **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $48,467.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $26,578.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $375,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $451,566.53 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,189,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.............................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $25,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,124,111.53 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92          $2,124,111.53

| Fill in this information to identify the case: |
| --- |

| Debtor name | **Urban Chestnut Brewing Company Inc** |
| --- | --- |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | **24-43233-357** |

■ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other | **$5,355,000.00** |
| **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$7,179,037.00** |
| **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$7,073,652.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |

Debtor   **Urban Chestnut Brewing Company Inc**                    Case number *(if known)* **24-43233-357**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See attached** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Midland States Bank**<br>**9877 Manchester Road**<br>**Saint Louis, MO 63119** | **September 2023 - December 2023 loan payments** | $0.00 | |
| 4.2.   **David Wolff**<br>**4465 Manchester Ave.**<br>**Saint Louis, MO 63110**<br>**Officer & member** | **bi weekly** | $129,521.24 | **Monthly salary and expense reimbursement** |
| 4.3.   **Jon Shine**<br>**4465 Manchester Ave.**<br>**Saint Louis, MO 63110**<br>**Officer & member** | **bi-weekly** | $80,128.12 | **monthly salary and expense reimbursement** |
| 4.4.   **Florian Kuplent**<br>**4465 Manchester Ave.**<br>**Saint Louis, MO 63110**<br>**Officer & member** | **bi--weekly** | $166,613.78 | **monthly salary and expense reimbursement** |
| 4.5.   **Tyler Stallings**<br>**4465 Manchester Ave.**<br>**Saint Louis, MO 63110**<br>**insider** | **bi-weekly** | $55,384.56 | **monthly salary** |
| 4.6.   **Gillian Kuplent**<br>**4465 Manchester Ave.**<br>**Saint Louis, MO 63110**<br>**insider** | **bi-weekly** | $69,230.88 | **Monthly salary** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | **Urban Chestnut Brewing Company Inc** | Case number *(if known)* **24-43233-357** |
|---|---|---|

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:      Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **David Luetkemeyer v. Urban Chestnut**<br>**24SL-CC02099** | **Breach of Contract** | **St. Louis County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:      Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:      Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:      Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor   **Urban Chestnut Brewing Company Inc**                     Case number *(if known)* **24-43233-357**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **The Desai Law Firm 13321 North Outer Forty Road Suite 300 Chesterfield, MO 63017** | **Attorney Fees** | **6/14/2024 - $4,697.00 8/28/2024 - $2,849.00 9/10/2024 - $16,445.00** | **$23,991.00** |

**Email or website address**
**spd@desailawfirmllc.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

Debtor   **Urban Chestnut Brewing Company Inc** _____     Case number *(if known)* **24-43233-357** _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■   No.
   ☐   Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■   No. Go to Part 10.
   ☐   Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor   **Urban Chestnut Brewing Company Inc**                                    Case number *(if known)* **24-43233-357**

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.  **Urban Chestnut Hallertauer Brauerei** | **Brewery facility in Bavaria - 50% equity ownership** | EIN: From-To |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Anders 800 Market Street Suite 500 Saint Louis, MO 63101** | **2000 - present** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

Debtor   **Urban Chestnut Brewing Company Inc**                        Case number *(if known)* **24-43233-357**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Anders**<br>**800 Market Street**<br>**Suite 500**<br>**Saint Louis, MO 63101** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Midland States Bank**<br>**9877 Manchester Road**<br>**Saint Louis, MO 63119** |
| 26d.2. **Small Business Administration**<br>**Little Rock Commercial Loan Servicing**<br>**2120 Riverfront Drive, Suite 100**<br>**Little Rock, AR 72202** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Wolff** | | **President/Shareholder** | **24.68%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Florian Kuplent** | | | **25.54%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jon Shine** | | | **3.45%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   **Urban Chestnut Brewing Company Inc**          Case number *(if known)*  **24-43233-357**

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Florian Kuplent** | | | |
| | **Relationship to debtor** | | | |
| 30.2. | **Jon Shine** | | | |
| | **Relationship to debtor** | | | |
| 30.3. | **Tyler Stallings** | | | |
| | **Relationship to debtor** | | | |
| 30.4. | **Gillian Kuplent** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor   **Urban Chestnut Brewing Company Inc**                    Case number *(if known)* **24-43233-357**

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        **October  8, 2024**

**/s/ David M. Wolfe**                                    **David M. Wolfe**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **9**