# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 24-43233 |
| | ) | |
| URBAN CHESTNUT BREWING | ) | |
| COMPANY, INC. | ) | Hon. Brian C. Walsh |
| | ) | U.S. Bankruptcy Judge |
| Debtor. | ) | |
| | ) | Hearing Date: January 15, 2025 |
| | ) | Hearing Time: 10 a.m. |
| _____ | ) | Hearing Location: Eagleton United States |
| | ) | Courthouse |
| JERRY L. JENSEN, | ) | 111 S. 10th Street |
| Acting United States Trustee, | ) | Courtroom 5 North |
| | ) | St. Louis, MO 63102 |
| Movant, | ) | |
| | ) | |
| v. | ) | Response Due: January 8, 2025 |
| | ) | |
| URBAN CHESTNUT BREWING | ) | |
| COMPANY, INC. | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF HEARING

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE BY JANUARY 8, 2025.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT YOU MUST ATTEND THE HEARING.  THE DATE IS SET OUT ABOVE.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

　　　　PLEASE TAKE NOTICE that the United States Trustee has filed a Motion to Dismiss or Convert Case to Chapter 7 (the "Motion"). A copy of the Motion may be obtained from the

undersigned at the address below or from the Clerk of the U.S. Bankruptcy Court, 111 S. 10th St., 4th Floor, St. Louis, MO 63102.

      PLEASE TAKE FURTHER NOTICE that the hearing to consider the Motion will be held before the Honorable Brian C. Walsh, U.S. Bankruptcy Judge, on January 15, 2025, at 11 a.m., Courtroom 5-North at the Thomas F. Eagleton U.S. Courthouse, 111 South 10th Street, St. Louis, Missouri.  Only parties opposing the Motion are required to appear.  Any **response or objection** to the Motion must be copied to the U.S. Trustee attorney identified below and filed with the U.S. Bankruptcy Court at its address listed above and in accordance with its procedures no later than January 8, 2025, prior to the hearing.  The failure to timely file an objection or response in opposition could result in the granting of the relief requested in the Motion.  Please read the **BOLD** language above.

Respectfully Submitted,

          Respectfully submitted,

          JERRY L. JENSEN
          Acting United States Trustee

          PAUL A. RANDOLPH
          Assistant United States Trustee

          By: /s/ Joseph Schlotzhauer
          Joseph Schlotzhauer
          E.D. Mo #62138MO, MO #62138
          United States Department of Justice
          Office of the U.S. Trustee
          111 South 10th Street, Suite 6.353
          St. Louis, MO 63102
          (314) 539-2980 (Phone)
          (314) 539-2990 (Fax)
          joseph.schlotzhauer@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing document was filed electronically on December 17, 2024, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court and has been served by the Bankruptcy Noticing Center to all parties on the Court's Master Mailing List.

                                                      /s/ Kathy Lickenbrock
                                                          Paralegal Specialist