**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>URBAN CHESTNUT BREWING COMPANY, INC.*,*<br><br>Debtor. | Chapter 11<br><br>Case No. 24-43233-357<br>Hon. Brian C. Walsh<br><br>**Hearing Date:**<br>**February 19, 2025, at 11:00 a.m. (CT)**<br><br>**Objections Due: February 5, 2025**<br><br>**Location:  Courtroom 5 North** |

## AMENDED NOTICE OF HEARING

**WARNING: THESE MOTIONS SEEK ORDERS THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE ANY OF THE MOTIONS, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.**

**YOU MUST FILE AND SERVE YOUR RESPONSE BY FEBRUARY 5, 2025. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.  THE DATE IS SET OUR ABOVE.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

**PLEASE TAKE NOTICE** that on January 16, 2025, the Official Committee of Unsecured Creditors (the "Committee") filed the following:

1. *FIRST INTERIM APPLICATION FOR COMPENSATION OF LEWIS RICE LLC AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD SEPTEMBER 23, 2024 THROUGH DECEMBER 31, 2024.*

**You may obtain copies of the Motions by contacting the undersigned counsel.**

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held to consider the Motion on **February 19, 2025, at 11:00 a.m.**, or as soon thereafter as the matter may be heard, in

Courtroom 5 North of the Honorable Brian C. Walsh, located at Thomas F. Eagleton United States Courthouse, 111 South 10th Street, St. Louis, Missouri 63102.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read the Motions carefully and discuss them with your attorney, if you have one in the chapter 11 case. (If you do not have an attorney, you may wish to consult one).

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the Motions, or if you want the Court to consider your views on the Motions, then you or your attorney must attend the Hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter orders granting the relief requested in the Motions.

Dated: January 22, 2025                                        Respectfully submitted,

                                                                  Lewis Rice LLC

                                                         By:   /s/ John J. Hall
                                                               Meagan K. Nydegger
                                                               John J. Hall

                                                600 Washington Ave., Suite 2500
                                                St. Louis, MO 63101
                                                Phone: (314) 444-7600
                                                Fax: (314) 612-7635
                                                E-Mail: mnydegger@lewisrice.com
                                                                 jhall@lewisrice.com

                                                Attorneys for Official Committee of Unsecured Creditors