UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No.  24-43233 |
| **URBAN CHESTNUT BREWING** | ) |
| **COMPANY INC**, | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**COMBINED NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE AND BE ADVISED** that the undersigned hereby appears as counsel for creditor **MIDLAND STATES BANK** and requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342, and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

Erin M. Edelman
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314.621.5070
eedelman@atllp.com

**PLEASE BE ADVISED AND TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:  (1) which affect or seek to affect in any way of the rights or interest of Creditor, with respect to (a) Debtor(s); (b) property or proceeds thereof in which Debtor(s) may claim an interest; or (c) property or proceeds therefore

in the possession, custody or control of Creditor which Debtor(s) may seek to use; or (2) which requires or seeks to require any act, delivery of any property, payment or other conduct by Creditor.

Dated:  January 22, 2025.                    Respectfully submitted,

ARMSTRONG TEASDALE LLP


By: */s/ Erin M. Edelman*
    Erin M. Edelman                    #67374MO
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105
    314.621.5070
    314.621.5065 (facsimile)
    eedelman@atllp.com

ATTORNEYS FOR CREDITOR MIDLAND STATES BANK.


**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this 22nd day of January, 2025, a true and accurate copy of the foregoing was e-filed with the United States Bankruptcy Court and has been served on parties in interest via email by the Court's CM/ECF System as listed on the Court's Electronic  Mail Notice List.

    */s/ Erin M. Edelman*
    ARMSTRONG TEASDALE LLP

2