IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| In re: | ) | Case No.: 24-43233-357 |
|---|---|---|
| | ) | Honorable Brian C. Walsh |
| URBAN CHESTNUT BREWING | ) | Chapter 11 Proceeding |
| COMPANY, INC. | ) | |
| | ) | Spencer P. Desai, Esq. |
| EIN - 27-1324055 | ) | Desai Law Firm LLC |
| Debtor. | ) | 13321 North Outer Forty Rd., Suite 300 |
| | ) | St. Louis, Missouri 63017 |
| | ) | (314) 666-9781 |
| | ) | spd@desailawfirmllc.com |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the following:

(i)   *Sixth Interim Order Granting Motion for Entry of Order Authorizing the Debtor to Use Cash Collateral Pursuant to 11 U.S.C. §363(a) [Doc. 142];*

(ii)   *Third Interim Order (I) Authorizing Secured Postpetition Financing, (II) Granting Liens, Security Interests and Superpriority Status and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(C) [Doc. 143];*

were served via first class United States Mail, postage prepaid, on the 28th day of January 2025

to all creditors and parties in interest listed on the attached mailing matrix.

Dated: February 2, 2024                Respectfully submitted,

THE DESAI LAW FIRM, LLC

By:   */s/ Spencer P. Desai*
      Spencer P. Desai, #39877
      13321 North Outer Forty Road, Suite 300
      St. Louis, MO 63017
      Telephone: (314) 666-9781
      Facsimile: (314) 448-4320
      spd@desailawfirmllc.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on the 3rd day of December, 2024, that a true and correct copy of the above and foregoing pleading was served by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri which will send notification of such filing to the registered parties in interest and by first class mail, postage pre-paid, to the following:

| | |
|---|---|
| Office of the United States Trustee<br>111South 10th Street, Room 6.353<br>St. Louis, Missouri 63102 | Joshua M. Jones<br>U.S. Attorney's Office<br>111 S. 10th Street, Suite 20.333<br>St. Louis, Missouri 63102 |
| Bruce D. LeMoine<br>Armstrong Teasdale<br>7700 Forsyth Boulevard<br>Suite 1800<br>St. Louis, Missouri 63105-1847 | Eric Peterson<br>Spencer Fane<br>1 North Brentwood Ave.<br>Clayton, MO 63105 |
| Nathan S. Puckett<br>Assistant City Counselor – City of St. Louis<br>1200 Market Street<br>City Hall, Room 314<br>St. Louis, MO 63103 | James W Byrne<br>3 Highland Place<br>Saint Louis, MO 63122 |
| Joseph B Basralian<br>& Daniele V Basralian<br>24 Fairfax Terrace<br>Chatham, NJ 07928 | Lester Nydegger<br>c/o Scott Moore<br>Lewis Rice<br>600 Washington Ave, 25FL<br>Saint Louis, MO 63101 |
| Robert E. Eggmann, Esq.<br>Thomas H. Riske, Esq.<br>Carmody MacDonald P.C.<br>120 South Central Avenue, Ste. 1800<br>St. Louis, Missouri 63105<br>*Counsel for Winkler Properties* | J. Talbot Sant, Jr.<br>640 Cepi Dr. Suite A<br>Chesterfield, MO 63005<br>*Counsel for 4465 Manchester LLC* |
| John J. Hall<br>Lewis Rice LLC<br>600 Washington Avenue, Suite 2500<br>St. Louis, Missouri 63101 | Brian Hockett<br>One U.S. Bank Plaza<br>Suite 2700<br>St. Louis, MO 63101<br>*Counsel for St. Louis Zoo* |

2

| | |
|---|---|
| Daniel L. Goldberg<br>228 N. Main Street<br>St. Charles, MO 63301<br>*Counsel for Kelley Acree LLC* | |

/s/ *Spencer P. Desai*

Berlin Packaging
525 West Monroe St
14th Floor
Chicago, IL 60661

BevPak
2283 Whitby Road
Chesterfield, MO, 63017

Briess Malting
Company
P.O. Box 88679
Milwaukee, WI 53288

David Luetkemeyer
1550 S Kingshighway
Saint Louis, MO 63110

James W Byrne
3 Highland Place
Saint Louis, MO 63122

Joseph B Basralian
& Daniele V
Basralian
24 Fairfax Terrace
Chatham, NJ 07928

Keith J Starr &
Jennifer B Starr
1715 Sulgrave Road
Louisville, KY 40205

Kelley-Acree Chameleon
3207 Washington Ave
Saint Louis, MO 63103

Kurt Bishop Klebe & Brooke Cheley Klebe
2161 S Columbine St.,
Denver, CO 80210

L. Shine Investments
388 Terracina Way,
Naples, FL 34119

Landsberg
25794 Network Place
Chicago, IL 60673

Lester Nydegger
c/o Scott Moore
Lewis Rice
600 Washington Ave, 25FL
Saint Louis, MO 63101

Midland States Bank
9877 Manchester Road
Saint Louis, MO 63119

Quest Graphics
2423 Northline Industrial Dr.
Maryland Heights, MO 63043

Rhon Malz
Sondheimer Str. 2
Mellrichstadt 97638 Germany

Scott and Deann Bingaman
76 Lake Forest Dr.,
St. Louis, MO 63117

Small Business Administration
Commercial Loan Servicing
2120 Riverfront Drive, Suite 100
Little Rock, AR 72202

St. Louis Development Corporation
1520 Market Street
Suite 2000
Saint Louis, MO 63103

Steven D Moonblatt
920 Merion Square Rd.
Gladwyne, PA 19035

Winker Properties
Vessel Architecture
600 Emerson Rd. #401
Saint Louis, MO 63141