UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **URBAN CHESTNUT BREWING COMPANY, INC.** | ) ) | Case No. 24-43233 |
| | ) | Chapter 11 |
| | ) | |
| **Debtor.** | ) ) ) | |

**NOTICE OF UNITED STATES OF AMERICA'S
CONSENT TO SALE PURSUANT TO 11 U.S.C. § 363(f)(2)**

COMES NOW the United States of America, on behalf of its agency, the United States Small Business Administration (the "SBA"), by and through its counsel, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Joshua M. Jones, Assistant United States Attorney for the Eastern District of Missouri, pursuant to Paragraph 10 of the "Stipulation Resolving Small Business Administration Objection to Debtor's Motion to Sell Assets" dated February 11, 2025,[1] hereby gives notice that it consents to the pending Motion to Sell, *see* Docs. 70 and 97, pursuant to 11 U.S.C. § 363(f)(2).

---

[1] Although a copy of the Stipulation Resolving Small Business Administration Objection to Debtor's Motion to Sell Assets does not appear on the docket, a description of the stipulation is contained in Debtor's "Amended Supplemental Notice of Sale," *see* Doc. 148. Importantly, Debtor stated that "[a]ny creditor who would like a copy of the proposed stipulation may contact Debtor's counsel . . . to receive a copy." *Id.* at 2.

1

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney


/s/ *Joshua M. Jones*
JOSHUA M. JONES #61988MO
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2310
(314) 539-2287 fax
joshua.m.jones@usdoj.gov

**Certificate of Service**

Pursuant to L.R. 9004(D)(1) and L.R. 9013-1(A), the undersigned hereby certifies that on February 12, 2025, a copy of the foregoing was filed electronically and therefore served by operation of the Court's CM/ECF system upon all parties in interest participating in said system.

Pursuant to L.R. 9004(D)(2) and L.R. 9013-1(A), the undersigned hereby certifies that a copy of the foregoing was filed electronically on February 12, 2025, and then a copy of the foregoing was mailed, via United States Postal Service, first-class postage prepaid, to the following list of parties in interest who do not participate in the CM/ECF system:

Spencer P. Desai
The Desai Law Firm, LLC
13321 North Outer Forty Road
Suite 300
St. Louis, MO 63017

Eric. C. Peterson
Spencer Fane LLP
1 North Brentwood, Suite 1200
St. Louis, Missouri 63105

Nathan S. Puckett
Assistant City Counselor
1200 Market Street
City Hall, Room 314
St. Louis, Missouri 63103

Bruce D. LeMoine
David L. Going
Armstrong Teasdale, LLP
7700 Forsythe Blvd., Suite 1800
St. Louis, Missouri 63105

Office of the U.S. Trustee
Attn: Joseph R. Schlotzhauer
111 S. 10th Street
Suite 6.353
St. Louis, MO 63102

Robert E. Eggman
Thomas H. Riske
Nathan R. Wallace
Carmody MacDonald, P.C.
120 South Central Avenue, Suite 1800
St. Louis, Missouri 63105

2

Alan C. Houcheiser
Maurice Wutscher, LLP
23611 Chagrin Blvd
Suite 207
Beachwood, OH 44122

Brian W. Hockett
Thompson Coburn, LLP
One U.S. Bank Plaza
Suite 2700
St. Louis, MO 63101

Daniel L. Goldberg
228 North Main Street
St. Charles, Missouri 63301

/s/ *Joshua M. Jones*
Assistant United States Attorney

3