UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| URBAN CHESTNUT BREWING COMPANY, INC. | ) ) | Case No. 24-43233 |
| | ) | Chapter 11 |
| | ) ) | |
| Debtor. | ) ) | |

**WITHDRAWAL**

COMES NOW the United States of America, on behalf of its agency, the United States Small Business Administration (the "SBA"), by and through its counsel, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Joshua M. Jones, Assistant United States Attorney for the Eastern District of Missouri, and hereby withdraws, without prejudice, its previously filed "United States of America's Limited Response in Opposition to Debtor's Motion to Sell (Doc. 70)," *see* 121.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

/s/ *Joshua M. Jones*
JOSHUA M. JONES #61988MO
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2310
(314) 539-2287 fax
joshua.m.jones@usdoj.gov

1

**Certificate of Service**

      Pursuant to L.R. 9004(D)(1) and L.R. 9013-1(A), the undersigned hereby certifies that on February 12, 2025, a copy of the foregoing was filed electronically and therefore served by operation of the Court's CM/ECF system upon all parties in interest participating in said system.

                                        /s/ *Joshua M. Jones*
                                        Assistant United States Attorney