UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | ) | |
|---|---|---|
| ., URBAN CHESTNUT BREWING COMPANY INC, , | ) ) ) ) | |
| | ) | Case No. 24-43233-357-11 |
| Debtors, | ) | Ch. 11 Reorganization |
| | ) | |

NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #1

  Comes now the Missouri Department of Revenue and, pursuant to Rule 3006 of the Bankruptcy Rules, hereby files a Notice of Withdrawal of its claim in the amount of $3,500.37. Said claim was dated 9/18/2024.

              Andrew Bailey, Attorney General
              State of Missouri

              _____
              James Treece, MO. Bar # 65681
              Special Assistant Attorney General
              Missouri Department of Revenue
              General Counsel's Office
              301 W. High Street
              Room 670
              Jefferson City, MO 65101
              (573) 751-5531 FAX (573) 751-7232
              Attorney for Department of Revenue

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically filed and served upon all those who receive electronic notification on 02/26/2025.

_____
James Treece