UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 24-43233 |
| | ) | |
| URBAN CHESTNUT BREWING | ) | |
| COMPANY, INC. | ) | Hon. Brian C. Walsh |
| | ) | U.S. Bankruptcy Judge |
| Debtor. | ) | |
| | ) | Hearing Date: June 4, 2025 |
| | ) | Hearing Time: 11 a.m. |
| _____ | ) | Hearing Location: Eagleton United States |
| | ) | Courthouse |
| JERRY L. JENSEN, | ) | 111 S. 10th Street |
| Acting United States Trustee, | ) | Courtroom 5 North |
| | ) | St. Louis, MO 63102 |
| Movant, | ) | |
| | ) | |
| v. | ) | Response Due: May 28, 2025 |
| | ) | |
| URBAN CHESTNUT BREWING | ) | |
| COMPANY, INC. | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF HEARING OF UNITED STATES TRUSTEE'S SECOND MOTION TO DISMISS OR CONVERT CASE TO CHAPTER 7**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY MAY 28, 2025. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

  PLEASE TAKE NOTICE that the United States Trustee has filed a Motion to Dismiss or Convert Case to Chapter 7 (the "Motion"). A copy of the Motion may be obtained from the undersigned at the address below or from the Clerk of the U.S. Bankruptcy Court, 111 S. 10th St., 4th Floor, St. Louis, MO 63102.

  PLEASE TAKE FURTHER NOTICE that the hearing to consider the Motion will be held before the Honorable Brian C. Walsh, U.S. Bankruptcy Judge, on June 4, 2025, at 11 a.m., Courtroom 5-North at the Thomas F. Eagleton U.S. Courthouse, 111 South 10th Street, St. Louis, Missouri. Only parties opposing the Motion are required to appear. Any **response or objection** to the Motion must be copied to the U.S. Trustee attorney identified below and filed with the U.S. Bankruptcy Court at its address listed above and in accordance with its procedures no later than May 28, 2025, prior to the hearing. The failure to timely file an objection or response in opposition could result in the granting of the relief requested in the Motion. Please read the **BOLD** language above.

Respectfully Submitted,

        Respectfully submitted,

        JERRY L. JENSEN
        Acting United States Trustee

        PAUL A. RANDOLPH
        Assistant United States Trustee


        By: /s/ Joseph Schlotzhauer
        Joseph Schlotzhauer
        E.D. Mo #62138MO, MO #62138
        United States Department of Justice
        Office of the U.S. Trustee
        111 South 10th Street, Suite 6.353
        St. Louis, MO 63102
        (314) 539-2980 (Phone)
        (314) 539-2990 (Fax)
        joseph.schlotzhauer@usdoj.gov

# **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of this Notice of Hearing was filed electronically on May 8, 2025, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of this Notice of Hearing was filed electronically with the United States Bankruptcy Court and has been served by the Bankruptcy Noticing Center to all parties on the Court's Master Mailing List.

                                            /s/ Joseph R. Schlotzhauer
                                                  Trial Attorney