# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 24-43233-357 |
| | ) | Honorable Brian C. Walsh |
| URBAN CHESTNUT BREWING | ) | Chapter 11 Proceeding |
| COMPANY, INC. | ) | |
| | ) | Hearing Date: June 4, 2025 |
| EIN - 27-1324055 | ) | Hearing Time: 11:00 a.m. |
| Debtor. | ) | Location: Courtroom 5 North |
| | ) | |
| | ) | Spencer P. Desai, Esq. |
| | ) | Desai Law Firm LLC |
| | ) | 13321 North Outer Forty Rd., Suite 300 |
| | ) | St. Louis, Missouri 63017 |
| | ) | (314) 666-9781 |
| | ) | spd@desailawfirmllc.com |

**DEBTOR'S RESPONSE TO UNITED STATSES TRUSTEE'S SECOND MOTION TO DISMISS OR CONVERT**

COMES NOW Debtor Urban Chestnut Brewing Company, Inc. ("Debtor"), by and through the undersigned counsel, and for its Response to the United States Trustee's Second Motion to Dismiss or Convert ("Motion"), states to the Court as follows:

1. Debtor admits the allegations contained in paragraph 1 of the Motion.

2. Debtor admits the allegations contained in paragraph 2 of the Motion.

3. Debtor admits the statutory reference in paragraph 3 of the Motion is accurate.

4. Debtor admits the statutory reference in paragraph 4 of the Motion is accurate.

5. Debtor admits the citation in paragraph 5 of the Motion is accurate.

6. Debtor admits the allegations contained in paragraph 6 of the Motion.

7. Debtor admits the allegations contained in paragraph 7 of the Motion.

8. Debtor admits the allegations contained in paragraph 8 of the Motion.

9. Debtor denies the allegations contained in paragraph 9 of the Motion.

1

10. Debtor denies the allegations contained in paragraph 10 of the Motion.

11. Debtor denies the allegations contained in paragraph 11 of the Motion.

12. Debtor denies the allegations contained in paragraph 12 of the Motion.

13. Further answering, the Debtor states that the January through April monthly operating reports have been filed.

WHEREFORE, Debtor prays this Court make and enter its Order denying the United States Trustee's Motion and further relief as this Court deems just and proper.

Dated: June 2, 2025                                Respectfully submitted,

                                                   THE DESAI LAW FIRM, LLC

                                                   By: */s/ Spencer P. Desai*
                                                       Spencer P. Desai, #39877
                                                       13321 North Outer Forty Road, Suite 300
                                                       St. Louis, MO 63017
                                                       Telephone: (314) 666-9781
                                                       Facsimile: (314) 448-4320
                                                       spd@desailawfirmllc.com

                                                   *Counsel for the Debtor*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 2nd day of June, 2025, that a true and correct copy of the above and foregoing pleading was served by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri which will send notification of such filing to the registered parties in interest and by first class mail, postage pre-paid, to the following:

| | |
|---|---|
| Office of the United States Trustee<br>111 South 10th Street, Room 6.353<br>St. Louis, Missouri 63102 | Joshua M. Jones<br>U.S. Attorney's Office<br>111 S. 10th Street, Suite 20.333<br>St. Louis, Missouri 63102 |

| | |
|---|---|
| Bruce D. LeMoine<br>Armstrong Teasdale<br>7700 Forsyth Boulevard<br>Suite 1800<br>St. Louis, Missouri 63105-1847 | Eric Peterson<br>Spencer Fane<br>1 North Brentwood Ave.<br>Clayton, MO 63105 |
| Nathan S. Puckett<br>Assistant City Counselor – City of St. Louis<br>1200 Market Street<br>City Hall, Room 314<br>St. Louis, MO 63103 | James W Byrne<br>3 Highland Place<br>Saint Louis, MO 63122 |
| Joseph B Basralian<br>& Daniele V Basralian<br>24 Fairfax Terrace<br>Chatham, NJ 07928 | Lester Nydegger<br>c/o Scott Moore<br>Lewis Rice<br>600 Washington Ave, 25FL<br>Saint Louis, MO 63101 |
| Robert E. Eggmann, Esq.<br>Thomas H. Riske, Esq.<br>Carmody MacDonald P.C.<br>120 South Central Avenue, Ste. 1800<br>St. Louis, Missouri 63105 | J. Talbot Sant, Jr.<br>640 Cepi Dr. Suite A<br>Chesterfield, MO 63005 |
| John J. Hall<br>Lewis Rice LLC<br>600 Washington Avenue, Suite 2500<br>St. Louis, Missouri 63101 | Alan C. Hochheiser<br>Maurice Wutscher LLP<br>23611 Chagrin Blvd. Suite 207<br>Beachwood, OH 44122 |

/s/ *Spencer P. Desai*