UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

|  |  |
|---|---|
| ., URBAN CHESTNUT BREWING COMPANY INC, , | ) ) ) ) ) Case No. 24-43233-357-11 ) Ch. 11 Reorganization ) |
| Debtors, | |

NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #2

Comes now the Missouri Department of Revenue and, pursuant to Rule 3006 of the Bankruptcy Rules, hereby files a Notice of Withdrawal of its claim in the amount of $34,710.69. Said claim was dated 2/26/2025.

Andrew Bailey, Attorney General
State of Missouri

James Treece, MO. Bar # 65681
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street
Room 670
Jefferson City, MO 65101
(573) 751-5531 FAX (573) 751-7232
Attorney for Department of Revenue

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically filed and served upon all those who receive electronic notification on 6/20/2025.

James Treece