## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No.: 24-43233-357 |
| ) | |
| **URBAN CHESTNUT BREWING** ) | Honorable Brian C. Walsh |
| **COMPANY, INC.** ) | Chapter 11 Proceeding |
| ) | |
| EIN - 27-1324055 ) | |
| Debtor. ) | Spencer P. Desai, Esq. |
| ) | Desai Law Firm LLC |
| ) | 13321 North Outer Forty Rd., Suite 300 |
| ) | St. Louis, Missouri 63017 |
| ) | (314) 666-9781 |
| ) | spd@desailawfirmllc.com |

### REPORT OF SALE

COMES NOW Urban Chestnut Brewing Company, Inc., (the "Debtor"), by and through the undersigned counsel and files its Report of Sale for the sale of the estate property as follows:

On April 11, 2025, a sale (the "**Sale**") took place transferring all or substantially all of the assets of the bankruptcy estate (the "**Acquired Assets**") from Debtor to Keg Holdings LLC ("**Keg**"), free and clear of all liens, claims, encumbrances, and interests, with any liens attaching to the net sale proceeds with the same validity and priority that existed as of the Petition Date, in accordance with the terms of a certain Asset Purchase Agreement by and between Debtor and Keg dated January 31, 2025 and as authorized pursuant to this Court's *Order Approving (A) Asset Purchase Agreement; (B) Authorizing Sale Of Substantially All Assets Free and Clear Of All Interests, Including Liens, Claims And Encumbrances Pursuant To 11 U.S.C. §§ 105, 363(b), (f) and (m); and (C) Granting Related Relief* dated March 18, 2025 {Doc. 179].

The purchase price of $2,550,000.00 was paid to Midland States Bank pursuant to the terms of the Asset Purchase Agreement.

Dated: November 3, 2025

Respectfully submitted,

THE DESAI LAW FIRM, LLC

By: */s/ Spencer P. Desai*
Spencer P. Desai, #39877
13321 North Outer Forty Road, Suite 300
St. Louis, MO 63017
Telephone: (314) 666-9781
Facsimile: (314) 448-4320
spd@desailawfirmllc.com
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 4th day of November, 2025, that a true and correct copy of the above and foregoing pleading was served by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri which will send notification of such filing to the registered parties in interest and by priority mail, postage pre-paid, to the following:

| | |
|---|---|
| Office of the United States Trustee<br>111South 10th Street, Room 6.353<br>St. Louis, Missouri 63102 | Joshua M. Jones<br>U.S. Attorney's Office<br>111 S. 10th Street, Suite 20.333<br>St. Louis, Missouri 63102 |
| Bruce D. LeMoine<br>Armstrong Teasdale<br>7700 Forsyth Boulevard<br>Suite 1800<br>St. Louis, Missouri 63105-1847 | Eric Peterson<br>Spencer Fane<br>1 North Brentwood Ave.<br>Clayton, MO 63105 |
| Nathan S. Puckett<br>Assistant City Counselor<br>1200 Market Street<br>City Hall, Room 314<br>St. Louis, MO 63103 | James W Byrne<br>3 Highland Place<br>Saint Louis, MO 63122 |
| Joseph B Basralian<br>& Daniele V Basralian<br>24 Fairfax Terrace<br>Chatham, NJ 07928 | Brian Hockett<br>One U.S. Bank Plaza<br>Suite 2700<br>St. Louis, MO 63101<br>*Counsel for St. Louis Zoo* |

{19330/00000/2962443.DOCX.}

| | |
|---|---|
| Robert E. Eggmann, Esq.<br>Thomas H. Riske, Esq.<br>Carmody MacDonald P.C.<br>120 South Central Avenue, Ste. 1800<br>St. Louis, Missouri 63105<br>*Counsel for Winkler Properties* | J. Talbot Sant, Jr.<br>640 Cepi Dr. Suite A<br>Chesterfield, MO 63005<br>*Counsel for 4465 Manchester LLC* |
| John J. Hall<br>Lewis Rice LLC<br>600 Washington Avenue, Suite 2500<br>St. Louis, Missouri 63101 | Daniel L. Goldberg<br>228 N. Main Street<br>St. Charles, MO 63301<br>*Counsel for Kelley Acree LLC* |