**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 24-43233-357 |
| URBAN CHESTNUT BREWING | ) | |
| COMPANY, INC. | ) | Hon. Brian C. Walsh |
| | ) | U.S. Bankruptcy Judge |
| Debtor. | ) | |
| | ) | Hearing Date:      July 8, 2026 |
| | ) | Hearing Time:      10:00 a.m. |
| _____ ) | ) | Hearing Location:  Eagleton United States |
| | ) | Courthouse |
| MISSOURI DEPARTMENT | ) | 111 S. 10th Street |
| OF REVENUE, | ) | Courtroom 5 North |
| | ) | St. Louis, MO 63102 |
| Movant, | ) | |
| | ) | |
| v. | ) | Response Due:      July 1, 2026 |
| | ) | |
| URBAN CHESTNUT BREWING | ) | |
| COMPANY, INC. | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION OF THE MISSOURI DEPARTMENT OF REVENUE**
**TO DISMISS CASE FOR FAILURE TO FILE POST-PETITION TAX RETURNS**

COMES NOW, the Missouri Department of Revenue ("MDOR"), by and through its

attorney, James Treece, Special Assistant Attorney General for the State of Missouri, and for

its motion to dismiss, states as follows:

1.      The debtor filed its bankruptcy petition in this case on September 6, 2024.

2.      The debtor closed its sales tax account with MDOR on April 30, 2025.

3.      The debtor has not closed its corporate income tax account with MDOR.

4.      The debtor has not closed its withholding tax account with MDOR.

5. The debtor is required to file a withholding tax return with MDOR on a monthly basis.

6. The debtor has not filed any post-petition monthly withholding tax returns from July 2025 through present.

7. The debtor is required to file its corporate income tax return with MDOR on an annual basis.

8. The debtor has not filed its post-petition 2024 or 2025 corporate income tax return with MDOR.

9. Section 1112(b)(1) of the Bankruptcy Code provides that on the request of a party in interest, the court shall convert or dismiss a bankruptcy case "for cause."

10. Section 1112(b)(4)(I) of the Bankruptcy Code provides that "cause" includes "failure timely to pay taxes owed after the date of the order for relief or to file tax returns due after the date of the order for relief."

11. The debtors have neither filed the post-petition tax returns described above nor paid any taxes that might be due for the periods covered by such returns.

WHEREFORE, MDOR respectfully requests that the Court dismiss this case.

Date: June 16, 2026

CATHERINE L. HANAWAY
Attorney General State of Missouri

/s/ *James Treece*
James Treece
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street
Room 670
Jefferson City, MO 65101
Phone (573) 751-5531 | FAX (573) 751-7232
james.treece@dor.mo.gov
*Attorney for Department of Revenue*

## CERTIFICATE OF SERVICE

Pursuant to L.R. 9004(D)(1) and L.R. 9013-1(A), the undersigned hereby certifies that on June 16, 2026, a copy of the foregoing was filed electronically and served by operation of the Court's CM/ECF system upon all parties in interest participating in said system.

Pursuant to L.R. 9004(D)(2) and L.R. 9013-1(A), the undersigned hereby certifies that on June 16, 2026, a copy of the foregoing motion was also mailed, via United States Postal Service, first-class postage prepaid, to the following parties in interest.

| | | |
|---|---|---|
| 4465 Manchester, LLC<br>3101 Arsenal St<br>St. Louis, MO 63118 | AmTrust North America, Inc. on behalf of AmT c/o Maurice Wutscher LLP<br>23611 Chagrin Blvd.<br>Suite 207 Beachwood, OH 44122 | Kelley Acree, LLC<br>3207 Washington Ave<br>St. Louis, MO 63103 |
| Midland States Bank<br>1201 Network Centre Dr<br>Effingham, IL 62401 | St. Louis Development Corporation<br>1520 Market St #2000<br>St. Louis, MO 63103 | The St. Louis Zoo c/o<br>Brian W. Hockett, Esq.<br>Thompson Coburn LLP<br>One US Bank Plaza<br>St. Louis, MO 63101 |
| Urban Chestnut Brewing Company Inc.<br>4465 Manchester Ave.<br>St. Louis, MO 63110 | Winker Properties Vessel Architecture<br>600 Emerson Rd. #401<br>Saint Louis, MO 63141 | 4465 Manchester, LLC<br>c/o Tal SantBeck & Sant, LLC<br>11775 Borman Drive, Suite 216<br>Maryland Heights, MO 63146 |
| AMEX TRS Co., Inc. c/o<br>Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355 | ASCAP<br>21678 Network Place<br>Chicago, IL 60673 | Always Green Recycling<br>11440 Dorsett Rd<br>Maryland Heights, MO 63043 |
| AmTrust North America<br>800 Superior Avenue East<br>21st Floor<br>Cleveland, OH 44114 | Ameren Missouri<br>Bankruptcy Desk MC 310<br>P O Box 66881<br>St Louis Mo 63166 | American Canning LLC<br>8001 Industry Way<br>Austin, TX 78744 |

| | | |
|---|---|---|
| American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355 | Anders 800 Market Street Suite 500 Saint Louis, MO 63101 | AssureHire 2206 Plaza Drive Suite 100 Rocklin, CA 95765 |
| Atlas Labels & Packaging 3107 Merriam Lane Kansas City, KS 66106 | Berlin Packaging 525 West Monroe St 14th Floor Chicago, IL 60661 | Berlin Packaging L.L.C. c/o Thomas R. Fawkes Tucker Ellis LLP 233 S. Wacker Dr., Suite 6950 Chicago, IL 60606 |
| Bertarelli Paper Company 1927 Marconi Ave Saint Louis, MO 63110 | BevPak 2283 Whitby Road Chesterfield, MO 63017 | Boelter PO BOX 734296 Chicago, IL 60673 |
| Bono Burns Distributing, Inc. 3616 South Big Bend Saint Louis, MO 63143 | Boxes Inc. 111 Boulder Industrial Dr. Bridgeton, MO 63044 | Braukon Breakthru Beverage PO Box 959881 Saint Louis, MO 63195 |
| Brenntag Mid-South 1405 HWY 136 W Henderson, KY 42420 | Briess Malting Company P.O. Box 88679 Milwaukee, WI 53288 | Buttonwood Farm 65092 Pilot Grove Rd. California, MO 65018 |
| Carrollton Bank 11710 Manchester Road Saint Louis, MO 63131 | Cee Kay Supply P.O. Box 840015 Kansas City, MO 64184 | ChemAqua 23261 Network Place Chicago, IL 60673 |
| ChemStation 2817 Hereford Street Saint Louis, MO 6313 | Chemaqua 2727 Chemsearch Blvd. Irving, TX 75062 | Cintas First Aid and Safety Service P.O. Box 88005 Chicago, IL 60680 |
| Clean the Uniform Co 316 South 7th street Saint Louis, MO 63104 | Clean the Uniform Holding Company, LLC c/o Brian Hockett, Esq. Thompson Coburn LLP One US Bank Plaza St. Louis, MO 63101 | Companion 2331 Schuetz Rd Saint Louis, MO 63146 |
| Creation Gardens 2055 Nelson Miller Parkway Louisville, KY 40223 | DTI, Inc. 1619 Headland Drive Fenton, MO 63026 | David Luetkemeyer 1550 S Kingshighway Saint Louis, MO 63110 |

| | | |
|---|---|---|
| David Wolfe<br>4465 Manchester Ave.<br>Saint Louis, MO 63110 | EMCO Refrigeration<br>10200 Page Industrial Blvd.<br>Saint Louis, MO 63132 | Eat Here STL<br>3966 Arsenal St.<br>Saint Louis, MO 63116 |
| Euler Hermes N.A -<br>Agent for WILD LEAF HOLDINGS<br>100 International dr 22nd floor<br>Baltimore, MD 21202 | Excel Bottling<br>488 S Broadway<br>Breese, IL 62230 | Farmstead Foods<br>16182 Mount Zion Road<br>Benton, IL 62812 |
| Ferguson Facilities Supply<br>PO Box 802817<br>Chicago, IL 60680 | Florian Kuplent<br>4465 Manchester Ave.<br>Saint Louis, MO 63110 | Florian Seitz<br>Nietenhausen 28<br>Wolnzach Bavaria 85283<br>DE |
| Ford Hotel Supply Co., Inc.<br>2204 North Broadway<br>Saint Louis, MO 63102 | Fox River Dairy<br>3843 Garfield Avenue<br>Saint Louis, MO 63113 | G & W Meat<br>4828 PARKER AVENUE<br>Saint Louis, MO 63116 |
| Gillian Kuplent<br>4465 Manchester Ave.<br>Saint Louis, MO 63110 | Grand Center Inc<br>3526 WASHINGTON AVE # 2<br>Saint Louis, MO 63103 | Gregg J. Stratman<br>U.S. Small Business Adminstration<br>10675 Bedford Ave., Suite 100<br>Omaha, NE 68134 |
| H&H Health Associates<br>3660 South Geyer Rd.<br>Suite 100<br>Saint Louis, MO 63127 | Happy Apple Company<br>527 Commercial Drive<br>Union, MO 63084 | Harris Technologies<br>1099 Milwaukee St.<br>Suite 200<br>Saint Louis, MO 63122 |
| Heartland Industries, Inc.<br>9727 Green Park Industrial Dr.<br>Saint Louis, MO 63123 | Hubbard Radio St. Louis<br>P.O. Box 959270<br>Saint Louis, MO 63195 | ImperialDade<br>PO Box 27305<br>New York, NY 10087 |

| | | |
|---|---|---|
| Innovation Mechanical<br>1203 Old Smelter Rd.<br>Union, MO 63084 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001 |
| James W Byrne<br>3 Highland Place<br>Saint Louis, MO 63122 | Johnson Controls Security Solutions<br>PO Box 371967<br>Pittsburgh, PA 15250 | Jonathan Shine<br>4465 Manchester Ave.<br>Saint Louis, MO 63110 |
| Joseph B Basralian &<br>Daniele V Basralian<br>24 Fairfax Terrace<br>Chatham, NJ 07928 | Kaeser Compressor<br>511 Sigma Drive<br>P.O. Box 946<br>Fredericksburg, VA 22404 | Keith J Starr & Jennifer B Starr<br>1715 Sulgrave Road<br>Louisville, KY 40205 |
| Kelley Acree, LLC<br>600 Washington Ave Ste 1500<br>Saint Louis, MO 63101 | Kelley-Acree Chameleon<br>3207 Washington Ave<br>Saint Louis, MO 63103 | Kern Meat Co.<br>2225 Cherokee St.<br>Saint Louis, MO 63118 |
| Kuna Food<br>704 Kuna Industrial Drive<br>Dupo, IL 62239 | Kurt Bishop Klebe &<br>Brooke Cheley Klebe<br>2161 S Columbine St.<br>Denver, CO 80210 | L. Shine Investments<br>388 Terracina Way,<br>Naples, FL 34119 |
| Landsberg<br>25794 Network Place<br>Chicago, IL 60673 | Lashly & Baer, P.C.<br>714 Locust Street<br>Saint Louis, MO 63101 | Lester Nydegger<br>6842 China Lake Dr<br>Saint Louis, MO 63129 |
| Lester Nydegger<br>c/o Scott Moore<br>Lewis Rice<br>600 Washington Ave, 25FL<br>Saint Louis, MO 63101 | Lincoln Financial Group<br>P.O. Box 7247-0477<br>Philadelphia, PA 19170 | MASSACHUSETTS DEPARTMENT OF REVENUE<br>PO BOX 7090<br>BOSTON, MA 02204 |
| Macklind Business District<br>5405 Finkman St<br>Saint Louis, MO 63109 | Metropolitan St. Louis Sewer District<br>PO Box 437<br>Saint Louis, MO 63166 | Mid-America Packaging<br>4800 Miami Street<br>Saint Louis, MO 63116 |

| | | |
|---|---|---|
| Midland States Bank<br>9877 Manchester Road<br>Saint Louis, MO 63119 | Missouri Beer<br>Wholesalers Association<br>2305 Expressview Dr.<br>Jefferson City, MO 65101 | OEC Group<br>555 Pierce Rd<br>Itasca, IL 60143 |
| Office of US Trustee<br>111 S Tenth St, Ste 6.353<br>St. Louis, MO 63102 | Ozark Forest<br>4112 West Pine<br>Boulevard<br>Saint Louis, MO 63108 | Premium Mechanical and<br>Automation<br>3185 North High Street<br>Perryville, MO 63775 |
| Pro Brew Supply<br>P.O. Box 737634<br>Dallas, TX 75373 | Pro Engineering and<br>Manufacturing<br>11175 W. Heather<br>Avenue<br>Milwaukee, WI 53224 | Quest Graphics<br>2423 Northline Industrial<br>Dr.<br>Maryland Heights, MO<br>63043 |
| Rhon Malz<br>Sondheimer Str. 2<br>Mellrichstadt 97638<br>Germany | STL Pest Control<br>500 Rudder Road<br>Fenton, MO 63026 | Safe Guard<br>P.O. BOX 410649<br>Saint Louis, MO 63141 |
| Sauce Magazine<br>PO Box 430033<br>Saint Louis, MO 63143 | SidMac Engineering &<br>MFG Inc.<br>602-30731 Simpson Road<br>Abbotsford British<br>Columbia V2T 6Y7<br>Canada | Signcrafters<br>3131 Washington Ave<br>Saint Louis, MO 63103 |
| Small Business<br>Administration<br>Little Rock Commercial<br>Loan Servicing<br>2120 Riverfront Drive,<br>Suite 100<br>Little Rock, AR 72202 | St Louis Health Dept<br>Food & Beverage Control<br>Room 4051<br>P.O. Box 14702<br>Saint Louis, MO 63178 | St Louis Post Dispatch<br>PO Box 4690<br>Carol Stream, IL 60197 |
| St Louis Zoo<br>Government Drive<br>Saint Louis, MO 63110 | St. Louis Development<br>Corporation<br>1520 Market Street<br>Suite 2000<br>Saint Louis, MO 63103 | Stealth Creative<br>1617 Locust Street<br>Saint Louis, MO 63103 |
| Steven D Moonblatt<br>815 S 7th St. Unit #6<br>Philadelphia, PA 19147 | Struggleville LLC<br>1434 Sullivan Avenue<br>Saint Louis, MO 63107 | Sub Zero Logistics &<br>Cold Storage<br>3820 Ultra Comp Drive<br>Earth City, MO 63045 |

| | | |
|---|---|---|
| SumnerOne<br>6717 Waldemar Ave<br>Saint Louis, MO 63139 | The St. Louis Local Development Company<br>1520 Market Street, Suite 2000<br>St. Louis, MO 63103 | The St. Louis Zoo<br>c/o Brian W. Hockett, Esq.<br>Thompson Coburn LLP<br>One US Bank Plaza, Suite 2700<br>St. Louis, MO 63101 |
| Thomas R. Fawkes<br>Tucker Ellis LLP<br>233 S. Wacker Dr.<br>Suite 6950<br>Chicago, IL 60606 | Tocco Food Company<br>P.O. Box 1155<br>Arnold, MO 63010 | Triad Products<br>1801 W B St<br>Hastings, NE 68901 |
| Tyler Stallings<br>4465 Manchester Ave.<br>Saint Louis, MO 63110 | U.S. Small Business Adminstration<br>10675 Bedford Ave., Suite 100<br>Omaha, NE 68134 | US Foods, Inc.<br>8543 Page Ave.<br>Saint Louis, MO 63114 |
| US Foods, Inc.<br>Brian Shaw<br>Cozen O'Connor<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Wiese<br>PO Box 60106<br>Saint Louis, MO 63160 | Wildpack Beverage<br>1301 Edison Hwy, Suite A-2<br>Baltimore, MD 21213 |

/s/ *James Treece*
Special Assistant Attorney General